MATILDA MURPHY, Respondent, *v.* BROADWAY IMPROVE-MENT COMPANY, Appellant.

*Negligence — action to recover for personal injuries received from falling down stairway in public entrance to building.*

*Murphy* v. *Broadway Improvement Co.*, 193 App. Div. 949, affirmed. (Argued February 1, 1922; decided February 28, 1922. )

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 10, 1920, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. The complaint alleged that the defendant as the owner in possession and control of a building and premises situated at 853 Broadway, in the borough of Manhattan, city of New York, negligently and wrongfully suffered and permitted an incompleted stairway in the public entrance to the building on the ground floor thereof adjoining the public highway to remain in an unguarded and unlighted condition so situated with regard to the side of the entrance to said building as to be dangerous and a menace to life and limb and without means of giving warning and notice to persons lawfully on the said premises of the presence of said stairway by reason whereof plaintiff fell down said stairway and received the injuries complained of.

*Edward P. Mowton* for appellant.

*Philip J. Dunn* and *Sumner B. Stiles* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.